**Order entered January 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01557-CV

**CRAIG PATRICK POWER, Appellant**

**V.**

**BRADEN RICHARD POWER, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14415**

### ORDER

Before the Court is appellee's January 7, 2021 second unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 12, 2021.

/s/    KEN MOLBERG
         JUSTICE